GEORGE BROOKS, PETITIONER-RESPONDENT, v. BETHLE-
HEM STEEL COMPANY, RESPONDENT-PETITIONER.

See same case below: 66 *N. J. Super.* 135..

*Messrs. O'Mara, Schumann, Davis & Lynch* and *Mr.
James Dorment, Jr.,* for the petitioner.

*Mr. Robert C. Gruhin* and *Mr. Frank J. Guarini, Jr.,*
for the respondent.

June 30, 1961. Denied.

ALBERT STAHL, *ET AL.,* PLAINTIFFS-PETITIONERS, v.
BOARD OF FINANCE OF THE CITY OF PATERSON,
*ET AL.,* DEFENDANTS-RESPONDENTS.

*Mr. Morris Dobrin* and *Mr. Michael J. Muscarella* for
the petitioners.

*Mr. Theodore D. Rosenberg, Mr. Carl Gelman* and *Mr.
Leon A. Consales* for the respondents.

June 30, 1961. Denied.